KESSLER *v.* TREAT, UNITED STATES MARSHAL.[1]

MORGAN *v.* SAME.

CARPENTER *v.* SAME.

WHITTLE *v.* SAME.

WILCOX *v.* SAME.

BRADEN *v.* SAME.

ROYSTER *v.* SAME.

SMITH *v.* SAME.

BURROUGHS *v.* SAME.

McDOWELL *v.* SAME.

APPEALS FROM THE CIRCUIT COURT OF THE UNITED STATES FOR THE EASTERN DISTRICT OF VIRGINIA.

Nos. 370, 371, 372, 373, 374, 375, 376, 377, 378, 379. Argued December 3, 4, 1906.— Decided March 4, 1907.

Decided on authority of *Tinsley* v. *Treat, ante,* p. 20.

[1] Argued simultaneously with *Tinsley* v. *Treat, ante,* p. 20; for counsel and abstracts of arguments see *ante,* pp. 21 *et seq.*

MR. CHIEF JUSTICE FULLER: The same decrees will be
entered in each of these cases as in the foregoing.

MR. JUSTICE HARLAN dissented.

MR. JUSTICE MOODY took no part.